A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Clemmons' Estate  
c/o Samuel Clemmons )  
       Plaintiff(s) )    **APPEARANCE**  
)  
)  
       vs. )    CASE NUMBER   1:06CV01536  
Laboratory Corp. of America Holdings, )  
430 S. Spring St., Burlington, North Carolina 27215 )  
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Holly A. Pal**  as counsel in this  
                      (Attorney's Name)

case for:  **Laboratory Corp. of America Holdings**  
             (Name of party or parties)

**November 2, 2006**            *Holly A. Pal*  
Date                                 Signature

                                     Holly A. Pal  
**DC Bar No. 490737**          Print Name  
BAR IDENTIFICATION  
                                     **Zuckerman Spaeder LLP**  
                                     Address

                                     1800 M St. NW, Washington, DC 20036  
                                     City          State         Zip Code  
                                     **202-778-1855**  
                                     Phone Number

## CERTIFICATE OF SERVICE

I certify that on November 2, 2006, the foregoing Notice of Appearance was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)