UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE CLEMMONS' ESTATE** <br> **c/o SAMUEL CLEMMONS,** <br><br> **Plaintiff** <br><br> **LABORATORY CORP. OF** <br> **AMERICA HOLDINGS,** <br><br> **Defendant** | ) <br> ) Civil Action No. 1:06-cv-01536 <br> ) <br> ) <br> ) <br> ) <br> ) Judge Royce C. Lamberth <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** 
**BY DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS**

Pursuant to Local Rule 44.1(d), Laboratory Corporation of America Holdings ("LabCorp") hereby moves the Court to grant leave to Martin S. Himeles, Jr., a partner in the Baltimore office of Zuckerman Spaeder LLP, to appear *pro hac vice* in the above-captioned matter. In support of this motion, LabCorp provides all of the information required by Local Rule 44.1(d) in the accompanying Declaration of Martin S. Himeles, Jr.

WHEREFORE, LabCorp requests that the Court grant permission to Martin S. Himeles, Jr. to appear *pro hac vice*.

Dated:  November 2, 2006               Respectfully submitted,


                                       /s/ Holly A. Pal
                                       Holly A. Pal (D.C. Bar No. 490737)
                                       ZUCKERMAN SPAEDER LLP
                                       1800 M Street, N.W.
                                       Washington, D.C. 20036
                                       202-778-1855 (telephone)
                                       202-822-8106 (facsimile)

                                       *Counsel for*
                                       *Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2006, the foregoing Motion for Leave to Appear *Pro Hac Vice* by Defendant Laboratory Corporation of America Holdings was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)