UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS,<br><br>Plaintiff | Civil Action No. 1:06-cv-01536 |
| LABORATORY CORP. OF<br>AMERICA HOLDINGS,<br><br>Defendant | Judge Royce C. Lamberth |

## DECLARATION OF MARTIN S. HIMELES, JR.

I, Martin S. Himeles, Jr., hereby declare, pursuant to 28 U.S.C. § 1746, the following facts in support of the Motion for Leave to Appear *Pro Hac Vice* by Defendant Laboratory Corporation of America Holdings in the above-captioned case:

1. My full name is Martin S. Himeles, Jr.

2. My office address and telephone number are as follows:

   100 E. Pratt St., Suite 2440
   Baltimore, MD 21202
   410-949-1144

3. I have been admitted to the bars of Maryland and New York.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2006, at Baltimore, Maryland.

_____
Martin S. Himeles, Jr.

## CERTIFICATE OF SERVICE

I certify that on November 2, 2006, the foregoing Declaration of Martin S. Himeles, Jr. was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)