UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE CLEMMONS' ESTATE**<br>c/o **SAMUEL CLEMMONS,**<br><br>**Plaintiff** | )<br>)<br>)<br>)<br>) | **Civil Action No. 1:06-cv-01536** |
| **LABORATORY CORP. OF**<br>**AMERICA HOLDINGS,**<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>) | **Judge Royce C. Lamberth** |

## ORDER

Upon consideration of the Motion for Leave to Appear *Pro Hac Vice* by Defendant Laboratory Corporation of America Holdings, the motion is hereby **GRANTED**, and it is hereby

**ORDERED** that Martin S. Himeles, Jr. may appear *pro hac vice* in the above-captioned matter.

Entered this ___ day of _____.

_____
Royce C. Lamberth
United States District Court Judge

2

**CERTIFICATE OF SERVICE**

    I certify that on November 2, 2006, the foregoing proposed Order was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)