UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) <br> c/o SAMUEL CLEMMONS ) <br>     PLAINTIFF ) <br> ) <br> vs. ) <br> ) <br> LABCORP, LABORATORY CORP. OF ) <br> AMERICA ) <br>     DEFENDANT ) <br> ) <br> ) | CIVIL ACTION NO: <br><br> 1: 06CV01536 (RCL) |

## PLAINTIFF'S MOTION REQUEST TO ENTER AFFIDAVIT OF SERICE SHOWING PROPER PROOF OF DELIVERY OF COMPLAINT AND SUMMONS

Plaintiff files this motion request to file and enter Affidavit of Service showing proper proof of service to the Defendant in nature to complaint and summons per Court's orders and instructions by certified Express Mail showing a tracking number of **EQ 236 247 559 US**.

Respectfully Submitted,

SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132

RECEIVED
NOV 9 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS

V.

LABCORP, LABORATORY CORP. OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01536

CASE NUMBI

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 08/30/2006

TO: (Name and address of Defendant)
LABCORP, LABORATORY CORP. OF AMERICA
Attn: Corporate Attorney
1440 York Court Extension
Burlington, NC 27215

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' *PRO SE* ▬▬▬ (name and address)
SAMUEL CLEMMONS
2137 SOFT PINE LANE
ACWORTH, GA. 30132

**RECEIVED**

NOV 9 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                AUG 3 0 2006
CLERK                                     DATE

_/s/ Clemmons Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE SEPT. 14, 2006 |
| NAME OF SERVER (PRINT) SAMUEL CLEMMONS | TITLE PLAINTIFF PRO SE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: LABCORP LABORATORY CORP. OF AMERICA ATTN: CORPORATE ATTORNEY, 1440 YORK COURT EXT. BURLINGTON, NC 27215

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL EXPRESS U.S. POSTAL MAIL | SERVICES U.S. POSTAL SERVICE | TOTAL $16.25 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT. 14, 2006        [signature]
                  Date              Signature of Server

THE CLEMMONS' ESTATE
C/O SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN, ACWORTH, GA 30132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
         USPS CAMPBELLTON ST. STATION
              DOUGLASVILLE, Georgia
                   301349998
                1204440394 -0098
09/14/2006      (800)275-8777      04:27:24 PM
---------------- Sales Receipt ----------------
Product          Sale   Unit        Final
Description      Qty    Price       Price

DECATUR GA 30030                    $4.20
Priority Mail
 1 lb.  5.50 oz.
   Return Rcpt (Green Card)         $1.85
   Certified                        $2.40
   Label #:      70060100000165441979
                                   ========
     Issue PVI:                     $8.45

WASHINGTON DC 20530                 $4.05
Priority Mail
 1 lb.  0.00 oz.
   Return Rcpt (Green Card)         $1.85
   Certified                        $2.40
   Label #:      70060100000165441962
                                   ========
     Issue PVI:                     $8.30

BURLINGTON NC 27215 EM             $14.40
PO-Add Flat Rate
 7.60 oz.
   Label #:         E0236247559US
   Next Day 3PM   / Normal
   Delivery
   Return Rcpt (Green Card)         $1.85
                                   ========
     Issue PVI:                    $16.25

Total:                             $33.00

Paid by:
  AMEX                             $33.00
   Account #:       XXXXXXXXXXXX2002
   Approval #:         528747
   Transaction #:         224
   23 902850601 4104710777

Bill#: 1000201354445
Clerk: 17

   All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.
                 Customer Copy
```



USPS - Track & Confirm   Page 1 of 1
Case 1:06-cv-01536-RCL   Document 5   Filed 11/09/2006   Page 5 of 7



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6247 559U S**
Status: **Delivered**

Your item was delivered at 10:32 am on September 15, 2006 in BURLINGTON, NC 27215 to LAB CORP. The item was signed for by S RATLIFT.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

Additional Details >   Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.   Go >



POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do     9/15/2006



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ23 6247 559U S**
Detailed Results:

- **Delivered, September 15, 2006, 10:32 am, BURLINGTON, NC 27215**
- **Arrival at Unit, September 15, 2006, 9:44 am, BURLINGTON, NC 27215**
- **Acceptance, September 14, 2006, 4:25 pm, DOUGLASVILLE, GA 30134**

< Back    Return to USPS.com Home >

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.    Go >

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
    PLAINTIFF

CIVIL ACTION NO: <u>1: 06CV01536 (RCL)</u>

V

LABCORP, LABORATORY CORP. OF AMERICA
    DEFENDANT

AFFIDAVIT OF SERVICE

I, <u>**CLEMMONS' ESTATE C/O SAMUEL CLEMMONS**</u>, hereby declare that on the <u>**14TH of SEPTEMBER 2006**</u>. I mailed a copy of the summons and complaint, certified Express Mail with a returned receipt requested, to <u>**LABCORP, LABORATORY CORP. OF AMERICA, ATTN: CORPORATE ATTORNEY, 1440 YORK COURT EXTENSION, BURLINGTON, NC 27215**</u> (the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of <u>**EQ 236 247 559 US**</u>. The Defendants had <u>**60 days**</u> to response to the Court's summons.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LABCORP LABORATORY CORP
OF AMERICA
ATTN: CORPORATE ATTORNEY
1440 YORK COURT EXTENSION
BURLINGTON, NC 27215

2. Article Number (Transfer from service label)

EQ2362475559US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
  ☐ Certified Mail    ☒ Express Mail
  ☐ Registered    ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

_[signature: Sam Clemmons]_