**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **THE CLEMMONS' ESTATE**<br>**c/o SAMUEL CLEMMONS,** | ) <br> ) <br> ) | **Civil Action No. 1:06-cv-01536** |
| **Plaintiff** | ) <br> ) | |
| **LABORATORY CORP. OF**<br>**AMERICA HOLDINGS,** | ) <br> ) <br> ) | **Judge Royce C. Lamberth** |
| **Defendant** | ) <br> ) <br> ) <br> ) | |

**CERTIFICATE RULE LCvR 7.1 BY DEFENDANT**
**LABORATORY CORPORATION OF AMERICA HOLDINGS**

I, the undersigned, counsel of record for Defendant Laboratory Corporation of America Holdings ("LabCorp") certify that to the best of my knowledge and belief, LabCorp does not have any parent companies. LabCorp's subsidiaries and affiliates are listed in Exhibit 21 of its most recent Form 10-K Annual Report filed with the United States Securities and Exchange Commission on February 28, 2006, which is attached hereto.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  November 14, 2006                    Attorney of Record

/s/ Holly A. Pal\
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)

Martin S. Himeles, Jr.
*Pro hac vice* pending
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
410-949-1144 (telephone)
410-659-0436 (facsimile)

*Counsel for Defendant*
*Laboratory Corporation of America Holdings*

2

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, the foregoing Certificate Rule LCvR 7.1 by Defendant Laboratory Corporation of America Holdings was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)