UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS,<br><br>Plaintiff<br><br>LABORATORY CORP. OF<br>AMERICA HOLDINGS,<br><br>Defendant | )<br>)      Civil Action No. 1:06-cv-01536<br>)<br>)<br>)<br>)<br>)      Judge Royce C. Lamberth<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT
BY DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS**

Defendant Laboratory Corporation of America Holdings ("LabCorp") respectfully moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Complaint in its entirety because Plaintiff fails to state any claim upon which relief can be granted. The reasons supporting this motion are set forth in the accompanying memorandum of law.

Dated:  November 14, 2006               Respectfully submitted,


                                        /s/ Holly A. Pal
                                        Holly A. Pal (D.C. Bar No. 490737)
                                        ZUCKERMAN SPAEDER LLP
                                        1800 M Street, N.W.
                                        Washington, D.C. 20036
                                        202-778-1855 (telephone)
                                        202-822-8106 (facsimile)

                                        Martin S. Himeles, Jr.
                                        *Pro hac vice* pending
                                        ZUCKERMAN SPAEDER LLP
                                        100 E. Pratt St., Suite 2440
                                        Baltimore, MD 21202
                                        410-949-1144 (telephone)
                                        410-659-0436 (facsimile)

                                        *Counsel for Defendant*
                                        *Laboratory Corporation of America Holdings*

2

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, the foregoing Motion to Dismiss Plaintiff's Complaint by Defendant Laboratory Corporation of America Holdings was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)