UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE CLEMMONS' ESTATE** c/o **SAMUEL CLEMMONS,** | ) ) ) | Civil Action No. 1:06-cv-01536 |
| **Plaintiff** | ) ) | |
| **LABORATORY CORP. OF AMERICA HOLDINGS,** | ) ) ) ) | Judge Royce C. Lamberth |
| **Defendant** | ) ) ) ) | |

## ORDER

Upon consideration of the Motion to Dismiss Plaintiff's Complaint by Defendant Laboratory Corporation of America Holdings, the motion is hereby **GRANTED**, and it is hereby

**ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

Entered this ___ day of _____.

                                                                                     _____
                                                                                     Royce C. Lamberth
                                                                                     United States District Court Judge

Copies to:

The Clemmons' Estate c/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132
*Plaintiff*

Holly A. Pal, Esq.
ECF participant
*Counsel for Defendant Laboratory Corporation of America Holdings*

2

**CERTIFICATE OF SERVICE**

I certify that on November 14, 2006, the foregoing proposed Order was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)