IN THE STATE COURT OF DEKALB COUNTY

STATE OF GEORGIA



STATE OF GEORGIA,

vs.                                    CASE NUMBER: 02c25757-IA

SAMUEL CLEMMONS,

Defendant.

### ORDER

The Defendant in the above-styled action has an abandonment charge pending before this court. The Defendant is currently being held in the DeKalb County Jail and needs to be transported to LABCORP to have the lab work done to determine the paternity of the child. It is therefore

ORDERED that the Sheriff of DeKalb County transfer the Defendant to LABCORP, 1957 LAKESIDE PARKWAY, SUITE 542, TUCKER, GA 30084 on the 26TH day of MARCH, 2003 @ 9:00 A.M. to have the lab work processed. The Sheriff is further ORDERED that after testing the Defendant is to be transported back to the DeKalb County Jail.

This 18TH day of MARCH, 2003.

_____
ALVIN WONG
JUDGE, STATE COURT OF DEKALB COUNTY

cc: Solicitor's Office
    DeKalb Sheriff's Department

FILED IN THIS OFFICE
THIS 18 DAY OF Mar 2003

Clerk, State Court, DeKalb County

RECEIVED
MAR 1 8 2003
JUDGE WONG