UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE c/o SAMUEL CLEMMONS,  ) ) ) ) Plaintiff, ) ) v. ) ) LABORATORY CORP. OF ) AMERICA HOLDINGS, ) ) Defendant. ) ) | Civil Action No. 1:06-cv-01536 (RCL) |

## MOTION TO STAY DISCOVERY BY DEFENDANT
## LABORATORY CORPORATION OF AMERICA HOLDINGS

Defendant Laboratory Corporation of America Holdings ("LabCorp") respectfully moves this Court to issue an Order to stay discovery pending resolution of the motion to dismiss filed by LabCorp on November 14, 2006 ("Motion to Dismiss"). The Motion to Dismiss has been fully briefed and is ripe for decision by the Court. A favorable ruling for LabCorp on the Motion to Dismiss would resolve the above-captioned matter in its entirety as a matter of law and eliminate the need for any discovery. Nevertheless, Plaintiff has attempted to initiate the discovery process.

The authority cited in the accompanying memorandum of law establishes that when a motion to dismiss is pending, it is proper for a court to stay discovery on grounds of judicial economy and efficiency. Accordingly, the Court should stay discovery in this action until the Court renders a decision on the Motion to Dismiss.

Dated: December 18, 2006                    Respectfully submitted,


                                                  /s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)

Martin S. Himeles, Jr.
*Pro hac vice* pending
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
410-949-1144 (telephone)
410-659-0436 (facsimile)

*Counsel for Defendant*
*Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2006, the foregoing Motion to Stay Discovery by Defendant Laboratory Corporation of America Holdings was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)