## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CLEMMONS' ESTATE c/o SAMUEL CLEMMONS,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>LABORATORY CORP. OF AMERICA HOLDINGS,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 1:06-cv-01536 (RCL) |

## **ORDER**

Upon consideration of the Motion to Stay Discovery by Defendant Laboratory Corporation of America Holdings, the applicable law, and the entire record herein, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that discovery in this matter is **STAYED** pending resolution of Defendant's motion to dismiss.

**SO ORDERED**.

Entered this ___ day of _____.

_____
Royce C. Lamberth
United States District Court Judge

Copies to:

The Clemmons' Estate c/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132
*Plaintiff*

Holly A. Pal, Esq.
ECF participant
*Counsel for Defendant Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

    I certify that on December 18, 2006, the foregoing proposed Order was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

    /s/ Holly A. Pal_____
    Holly A. Pal (D.C. Bar No. 490737)
    ZUCKERMAN SPAEDER LLP
    1800 M Street, N.W.
    Washington, D.C. 20036
    202-778-1855 (telephone)
    202-822-8106 (facsimile)