

JAN 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) | CIVIL ACTION NO: |
| c/o SAMUEL CLEMMONS ) | |
|     PLAINTIFF ) | 1: 06CV01536 (RCL) |
| ) | |
| vs. ) | |
| LABCORP, LABORATORY CORP. OF ) | |
| AMERICA ) | |
|     DEFENDANT ) | |
| ) | |
| ) | |

### PLAINTIFF'S MOTION REQUEST TO ENTER AFFIDAVIT OF SERICE SHOWING PROPER PROOF OF DELIVERY OF PLAINTIFF'S OPPOSITION AGAINST THE DEFENDANT'S MOTION REQUEST TO DISMISS WITH PREJUDICE AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATION, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT

Plaintiff files this motion request to file and enter Affidavit of Service showing proper proof of service to the Defendant in nature to the Plaintiff's Opposition and Plaintiff's request for admission, set of interrogation, and request for production of documents and things propounded to Defendant prior to Plaintiff releasing of the Plaintiff's Motion Request to Enter Discovery. This Motion Request entry will justify the Defendants have exhausted its time and administrative remedies to produce and provide the Court with the facts to justify why case should be dismissed before going or moving forth for a jury trial to rule on the evidence.

Respectfully Submitted,

SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0001 6544 1900**
Status: **Delivered**

Your item was delivered at 12:46 PM on December 11, 2006 in WASHINGTON, DC 20036.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS         site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0001 6544 1900**
Detailed Results:
- **Delivered, December 11, 2006, 12:46 pm, WASHINGTON, DC 20036**
- **Acceptance, December 04, 2006, 11:39 am, ATLANTA, GA 30328**

( < Back )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
PLAINTIFF

CIVIL ACTION NO: <u>1: 06CV01536 (RCL)</u>

V

LABCORP, LABORATORY CORP. OF AMERICA
DEFENDANT

## AFFIDAVIT OF SERVICE

I, CLEMMONS' ESTATE C/O SAMUEL CLEMMONS, hereby declare that on the 4TH of December 2006. I mailed a copy of the <u>PLAINTIFF'S OPPOSITION AGAINST THE DEFENDANT'S MOTION REQUEST TO DISMISS WITH PREJUDICE AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATION, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT</u> by means of certified mail with a returned receipt requested, to **LABCORP, LABORATORY CORP. OF AMERICA, ATTN: CORPORATE ATTORNEY, 1440 YORK COURT EXTENSION, BURLINGTON, NC 27215** (the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of 7006 0100 0001 6544 1900. The Defendants had 20 days to response and produce all documents requested to move forth for a jury trial or closures before the Court.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY HOLLY A. PAL
ZUCKERMAN SPAEDER, LLP
1800 M. STREET, NW
WASHINGTON, DC 20036

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X B. Velarde    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  12/11/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0001 6544 1900

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2007, a true copy of the <u>PLAINTIFF'S AFFIDAVIT OF SERVICE TO PLAINTIFF'S OPPOSITION AGAINST THE DEFENDANT'S MOTION REQUEST TO DISMISS WITH PREJUDICE AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATION, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT</u> was served by regular mail concerning case # 1: 06CV01536 (RCL)

To: Defendant's Counsel

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


*[signature]*
Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.,
Acworth, GA 30132