UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS<br>   PLAINTIFF<br><br>vs.<br><br>LABCORP, LABORATORY CORP. OF<br>AMERICA HOLDING<br><br>   DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO:<br><br>1: 06CV01536 (RCL) |

RECEIVED
JAN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JAN 2 6 2007
CHAMBERS OF
JUDGE LAMBERTH

### PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT AFTER THE PLAINTIFF'S MOTION REQUEST BEFORE THE COURT TO ENTER PLAINTIFF'S OPPOSITION AGAINST THE DEFENDANT'S MOTION REQUEST TO DISMISS WITH PREJUDICE AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATION, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY.

Comes Clemmons' Estate, c/o Samuel Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's Second Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have an additional 30 days according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36 and (b) and R. 45.

Respectfully submitted,

Samuel Clemmons
Plaintiff, *Pro Se*

**Attachments:**
    Subpoena in A Civil Case Request
    Plaintiff's Interrogation Request
    Proposed Order

**Copies to:**

To: **Defendant's Counsel**

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036/ **Certified Mail # 7006 0100 0001 6544 1863**

And

**United States District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Certified Mail # 7006 0100 0001 6544 1870**

Clemmons' Estate v. LabCorp Laboratory Corporation of America, 1440 York Court Extension, Burlington, NC 27215