UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE )
c/o SAMUEL CLEMMONS ) CIVIL ACTION NO: 1: 06CV01536 (RCL)
2137 SQFT PINE LN )
ACWORTH, GA 30132 )
 )
    PLAINTIFF )
vs. )
 )    **RECEIVED**
 )
LABCORP, LABORATORY CORP. OF )    MAR 1 3 2007
AMERICA HOLDING, et al )
 )    NANCY MAYER WHITTINGTON, CLERK
 )    U.S. DISTRICT COURT
DEFENDANTS )

## PLAINTIFF'S MOTION BEFORE THE COURT TO SUBMITT "431 PAGES" OF FACTS AND DISCOVERY AFTER THE DEFENDANT HAS FAILED TO RESPONSE TO THE PLAINTIFF'S THREE REQUESTS FOR ADMISSION, SETS OF INTERROGATORIES, AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET THE STAGE FOR SUMMARY JUDGMENT OR JURY TRIAL ACCORDING TO THE FEDERAL RULES OF CIVIL PROCEDURES RULE 26(a) (e)(1)(2).

Come now the Plaintiff files this motion before the Court to advise the Court that with this certificate of service attached the Plaintiff has now served the Labcorp, Laboratory Corporation of American Holding the Plaintiff's three sets of Request for Admission, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept the Plaintiff's complaint and wish not to accept, state or express a claim before the Court where a relief can be granted due to proposing a fair but reasonable resolution through settlement in this matter before the Court according to Federal Rules of Civil Procedures.

    The Defendant has once again failed to either honor or accept the Plaintiff's requests served upon the Defendant in a reasonable time as approved by this honorable court under the

Federal Rules of Civil Procedures. Therefore Rule 37 (a) (b)(2)(A), (B) and (C) should now be in effect due to the Defendant failures and now the Plaintiff moves forth before the Court demanding a jury trial on the facts and expert testimony of Dr. Cliff Harris as stated therein, given and provided in the Plaintiff's attached research summary of facts and Exhibits against the Defendant's actions according to Rule 38 (b) or 58 (b) (c) (d) whichever is now satisfactory upon the Court if the Defendant attempt to object to the Plaintiff's motion requests due to the Defendant's failures in responding to the Plaintiff's three sets of Requests for Admission, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants.

Respectfully Submitted,

Clemmons' Estate
C/o of Samuel Clemmons
Plaintiff, *Pro Se*

**See Attachments:**

CLEMMONS' ESTATE v. Labcorp, Laboratory Corporation of America Holding, (REF: CONSTITUTIONAL RIGHTS VIOLATIONS

# AFFIDAVIT OF SERVICE
# /
# PROOF OF CERTIFICATION OF SERVICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
    Plaintiff

CIVIL ACTION NO: 1: 06CV01536 (RCL)

V

LABCORP, LABORATORY CORP. OF AMERICA, et al

    Defendants

### AFFIDAVIT OF SERVICE / CERTIFICATION

I, **SAM L. CLEMMONS**, hereby declare that on the **26TH Date of January 2007**, the Defendant received by certified mail with return receipt the Plaintiff's First and Second Requests for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Summary Judgment in favor of the Plaintiff and wishes to defend such case before a jury trial. First and Second submission was served upon: **Atty. Holly A. Pal, Attorney of Record of Zuckerman Spaeder, LLP 1800 M. Street, NW, Washington, DC 20036**. Giving the Defendant **60 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 28, 2007**. The Defendant is now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37 -40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0100 0001 6544 1863**

[Attached PS Form 3811 Domestic Return Receipt (green card) showing:
- SENDER: COMPLETE THIS SECTION
- Article Addressed to: Atty. Holly A. Pal, Zuckerman Spaeder LLP, 1800 M. Street, NW, Washington, DC 20036
- Received by (Printed Name): Alicia Skinner
- Date of Delivery: 1-26-07
- Service Type: Certified Mail
- Article Number: 7006 0100 0001 6544 1863]

...IONS
...CWORTH, GA 30132

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
PLAINTIFF

CIVIL ACTION NO: 1: 06CV01536 (RCL)

V

LABCORP, LABORATORY CORP. OF AMERICA
DEFENDANT

## AFFIDAVIT OF SERVICE

I, CLEMMONS' ESTATE C/O SAMUEL CLEMMONS, hereby declare that on the 4TH of December 2006. I mailed a copy of the **PLAINTIFF'S OPPOSITION AGAINST THE DEFENDANT'S MOTION REQUEST TO DISMISS WITH PREJUDICE AND PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATION, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT** by means of certified mail with a returned receipt requested, to **LABCORP, LABORATORY CORP. OF AMERICA, ATTN: CORPORATE ATTORNEY, 1440 YORK COURT EXTENSION, BURLINGTON, NC 27215** (the Defendant and the Defendant's requested attorney). Attached hereto is the green card acknowledging service with a confirmed tracking number of 7006 0100 0001 6544 1900. The Defendants had 20 days to response and produce all documents requested to move forth for a jury trial or closures before the Court.

[Certified mail return receipt card attached, addressed to Attorney Tracy A. Paul, Zuckerman Spaeder LLP, Washington DC 20036; Article Number 7006 0100 0001 6544 1900; Date of Delivery 12/11/06]