**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **THE CLEMMONS' ESTATE** | ) | |
| **c/o SAMUEL CLEMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:06-cv-01536 (RCL)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LABORATORY CORP. OF** | ) | |
| **AMERICA HOLDINGS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS'**
**MOTION TO STRIKE, OR IN THE ALTERNATIVE TO STAY,**
**PLAINTIFF'S MOTION REQUEST TO ENTER SUMMARY OF FACTS**

Defendant Laboratory Corporation of America Holdings ("LabCorp") respectfully moves

this Court to issue an Order to strike, or in the alternative to stay, Plaintiff's "Motion Request to

Enter Summary of Facts, Testimonies and Motion to Enter Discovery Before the Court to Bring

Case Matter Before the Court to a Close and Support the Plaintiff's Demands for Summary

Judgment in Favor of the Plaintiff Against the Defendants as Stated Therein According to

Federal Rules of Civil Procedures, Rule 54(c)." The reasons supporting this motion are set forth

in the accompanying memorandum of law.

Dated:  March 19, 2007                          Respectfully submitted,


/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)

Martin S. Himeles, Jr.
*Pro hac vice* pending
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
410-949-1144 (telephone)
410-659-0436 (facsimile)

*Counsel for Defendant*
*Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2007, the foregoing Defendant Laboratory Corporation of America Holdings' Motion to Strike, or in the Alternative to Stay, Plaintiff's Motion Request to Enter Summary of Facts was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)