## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE c/o SAMUEL CLEMMONS, <br><br> Plaintiff, <br><br> v. <br><br> LABORATORY CORP. OF AMERICA HOLDINGS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:06-cv-01536 (RCL) |

## ORDER

Upon consideration of the Defendant Laboratory Corporation of America Holdings' Motion to Strike, or in the Alternative to Stay, Plaintiff's Motion Request to Enter Summary of Facts, the applicable law, and the entire record herein, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motion Request to Enter Summary of Facts, Testimonies and Motion to Enter Discovery Before the Court to Bring Case Matter Before the Court to a Close and Support the Plaintiff's Demands for Summary Judgment in Favor of the Plaintiff Against the Defendants as Stated Therein According to Federal Rules of Civil Procedures, Rule 54(c) is **STRICKEN**.

**SO ORDERED**.

Entered this ___ day of _____.

_____
Royce C. Lamberth
United States District Court Judge

Copies to:

The Clemmons' Estate c/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.
Acworth, GA 30132
*Plaintiff*

Holly A. Pal, Esq.
ECF participant
*Counsel for Defendant Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2007, the foregoing proposed Order was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)