### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE                )       **CIVIL ACTION NO:**
c/o SAMUEL CLEMMONS             )
    PLAINTIFF                )       <u>1: 06CV01536 (RCL)</u>
                               )
vs.                             )
                               )       **RECEIVED**
                               )
LABCORP, LABORATORY CORP. OF    )
AMERICA, et al                  )       APR 9 − 2007
    DEFENDANTS               )
                                          NANCY MAYER WHITTINGTON, CLERK
                                             U.S. DISTRICT COURT

---

### <u>PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD</u>

Plaintiff file this Motion Request to file and enter Final Affidavit of Service showing proper proof of service to the Defendants in nature to the Plaintiff's requests for Admissions, Interrogatories, Requests for Production of Documents and Things Propounded to Defendant in addition to the Plaintiff's Motion Request to Enter Final Discovery to set the stage for a Demand Jury Trial or Summary Judgment in whole but in favor of the Plaintiff. Showing proof of service by certified mail with a return receipt tracking number of **<u>7006 0100 0004 7928 3555</u>**.

By entry of this Motion into the record and for the record let it show, state and express that the Plaintiff has been in complete compliance with the Federal Rules of Civil Procedures and the Plaintiff has not abused anything but has given the Defendants a fair

but equal opportunity to comply with the Rules of the Federal Rules of Civil Procedures even if such Defendants responded late or untimely after such entry had been entered by the Office of the Clerk. In this case before the Court that Clerk informed the Plaintiff of the Defendant's Counsel timely filing.

The Plaintiff still continued to entertain some of the Defendant's rebuttals, pleas or requests in many attempts to justify such actions performed by the Defendant's Counsel.

The Plaintiff filed multiple oppositions against the Defendant's responses. The Plaintiff entered multiple but many objections to many of the Defendant's Counsel false statements which truly reveal fraud submissions into the record with proven factors or claims submitted by the Plaintiff.

The Plaintiff filed at least three sets of Admissions, Interrogatories, and Things Propounded upon the Defendant and the Defendant's Counsel through subpoenas and the Plaintiff's final request to compel the Defendant and the Defendant's Counsel to fully but fairly produce **all** records in order to draw or come to a full but fair conclusion to set the stage for a Jury Trial and a Summary Judgment rather it maybe in the favor of the Plaintiff or the Defendants. The Defendant's Counsel failed to cooperate.

The Plaintiff extended a fair but equal opportunity for the Defendant's Counsel to settle this lawsuit outside of Court by giving the Defendant's Counsel an opportunity to call the Plaintiff on **March 27, 2007 @ 2:30 p.m.** eastern standard time. The Defendant's Counsel failed to attempt to settle this matter outside of Court now adding additional time and expenses upon the Court. (See attached phone log sheet to prove such statements upon the Court and Rule 16 (b), 26(a) (1) (E) are true).

The Defendants and the Defendant's Counsel have failed to submit anything to show this honorable court full compliance and full cooperation with the Federal Rules of the Civil Procedures.

In the Plaintiff's final submission of this Affidavit of Service the Plaintiff now say and express to this honorable court that this case is now fully brief and should be close due to fraud is founded, revealed and proven by the Plaintiff and such is not proven otherwise by the Defendants or the Defendant's Counsel through many attempts served upon the Defendants and the Defendant's Counsel to produce discovery and to proven otherwise.

Sanction should not be imposed upon the Plaintiff but sanction should now be completely imposed upon the Defendants and such Proposed Orders, Protection Orders and Restrainer Orders should be honored according to the Plaintiff's past and present requests for complete JUSTICE according to the law.

In conclusion and in summary, the rules of the law clearly states and expresses under the content of Rule 37(c) failure to disclose; false or misleading disclosures; refusal to admit. It states that a party that without substantial justification fails to disclose information required by Rule 26 (a) or 26(e) (1), or to amend a prior response to discovery as required by Rule26 (e) (2), is not, unless such failure is harmless, permitted to use as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed. In addition to or in lieu of this sanction, the court, on motion and after affording an opportunity to be heard, may impose other appropriate sanctions. In addition to requiring payment of reasonable expenses, including attorney's fees, caused by the failure, these sanction may include any of the actions authorized under Rule 37(b)(2)(A),

(B), and (C) and may include informing the jury of the failure to make the disclosure. This is why the Plaintiff is now demanding a Jury Trial prior to Summary Judgment if necessary.

If the Defendants and the Defendant's Counsel cannot response to this motion with substantial evidence to justify or show good cause as to why this lawsuit should be dismissed then responding to this motion should not be necessary.

The Plaintiff has fully briefed such case according to _Lewis v. Faulkner_, 689 F.2d 100, 102 (7th Cir.1982) _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933) this case should now be brought to a complete close.

The Defendants and the Defendant's Counsel should now be held liable for all Court cost in addition to the judgment award after taxes.

Respectfully Submitted,

SAMUEL CLEMMONS
ATTN: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132
Phone # 866-409-7758

**See Attachments:**

- Affidavit of Service / Proof of Certification
- Final and Additional Exhibit / Affidavit for the Record for a just but fair Summary Judgment in favor of the Plaintiff
- Proposed Orders

CC:

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
Attn: C. OWENS
2137 SOFT PINE LN
ACWORTH, GA 30132

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036

# AFFIDAVIT OF SERVICE
# /
# PROOF OF
# CERTIFICATION OF
# SERVICE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
  Plaintiff

CIVIL ACTION NO: 1: 06CV01536 (RCL)


V


LABCORP, LABORATORY CORP. OF AMERICA, et al

  Defendants

## AFFIDAVIT OF SERVICE / CERTIFICATION

I, **SAM L. CLEMMONS,** hereby declare that on the **12TH Date of March 2007,** the Defendant received by certified mail with return receipt the Plaintiff's Third and Final Requests for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded in additional to the Plaintiff's Motion Request to Enter Discovery to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Summary Judgment in favor of the Plaintiff and wishes to defend such case before a jury trial. The Third and final submission was served upon: Atty. Holly A. Pal, Attorney of Record of Zuckerman Spaeder, LLP 1800 M. Street, NW, Washington, DC 20036. Giving the Defendant **0 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial or summary judgment. The Defendants' deadline date for delivering documents was March 13, 2007. The Defendant is now in default for jury trial status.

The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37 -40 and 54.

Attached hereto is the final green card acknowledging service. **7006 0100 0004 7928 3555**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTY HOLLY A. PAL
ZUCKERMAN SPAEDER, LLP
1800 M. STREET, N.W.
WASHINGTON, DC 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Berta A Velarde_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Berta U Velarde   3-12-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

...TE
...MONS
ACWORTH, GA 30132

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0004 7928 3555   5

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL CLEMMONS
    Plaintiff

CIVIL ACTION NO: 1: 06CV01536 (RCL)

    V

LABCORP, LABORATORY CORP. OF AMERICA, et al

    Defendants

## AFFIDAVIT OF SERVICE / CERTIFICATION

    I, **SAM L. CLEMMONS,** hereby declare that on the **12TH Date of March 2007,** the Defendant received by certified mail with return receipt the Plaintiff's Third and Final Requests for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded in additional to the Plaintiff's Motion Request to Enter Discovery to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Summary Judgment in favor of the Plaintiff and wishes to defend such case before a jury trial. The Third and final submission was served upon: Atty. Holly A. Pal, Attorney of Record of Zuckerman Spaeder, LLP 1800 M. Street, NW, Washington, DC 20036. Giving the Defendant **0 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial or summary judgment. The Defendants' deadline date for delivering documents was March 13, 2007. The Defendant is now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37 -40 and 54.

    Attached hereto is the final green card acknowledging service. **7006 0100 0004 7928 3555**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x Berta A Velarde  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Berta A Velarde  C. Date of Delivery 3-12-07 |
| 1. Article Addressed to:<br>ATTY HOLLY A. PAL<br>ZUCKERMAN SPAEDER, LLP<br>1800 M. STREET, N.W.<br>WASHINGTON, DC 20036 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | TE<br>MONS<br>ACWORTH, GA 30132 |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0004 7928 3555  5 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

January 22, 2007

Mr. Sam ●. Clemmons



Dear Mr. Clemmons:

Reference is made to your letter dated December 12, 2006, with enclosures including a subpoena, concerning your request for a complete copy of your records.  Your subpoena is being returned without being processed.

To obtain FBI criminal history record information by subpoena, an original court order/subpoena, duly signed by a judge, should be forwarded to our office with accompanying information pertinent to the subject of said subpoena.  This information must include complete name and date of birth of the subject, as well as any other identifying information that may be available, such as aliases, social security number, FBI number, or state identification number.  The subpoena must also include the complete name and address of the court ordering the subpoena and an Originating Agency Identifier number for said court, if known.  Upon receipt of the court order, any record located pertaining to the subject of the subpoena will be forwarded to the court at no cost, for release to the appropriate party as the court deems necessary.

However, a subpoena is not necessary for an individual to obtain information about himself.  Pursuant to U.S. Department of Justice Order 556-73, the FBI is empowered to release to subjects of identification record copies of such records upon submission of a written request, together with a fingerprint card containing the subject's name, date and place of birth, and an $18 fee in the form of a money order or certified check.  As indicated in your letter, you have submitted your request for a

Mr. Sam ●. Clemmons

FBI record check. However, current processing time for a request without a deadline indicated on the envelope is approximately 14-16 weeks from receipt. If your request was submitted via a prepaid courier, you may wish to provide the tracking number to my staff at ████.gov so the submission may be located.

As a matter of record, criminal history records maintained by the FBI's CJIS Division are supported by fingerprints. This ensures that all of the information on the record pertains to one individual and not to another individual who may have the same/similar name, date of birth, etc. In addition, the FBI's CJIS Division serves as the focal point and central repository for fingerprints and criminal justice information services in the FBI. The FBI CJIS Division is responsible for the maintenance of FBI identification records, commonly referred to as "rap sheets." All of the information appearing on an FBI identification record is transcribed directly from the fingerprint cards and related documents submitted by authorized agencies at or near the time of the individual's arrest or confinement.

Your enclosures are returned.

Sincerely yours,

*Kimberly J. Del Greco*/mes

Kimberly J. Del Greco
Section Chief
Identification and Investigative
  Services Section
Criminal Justice Information
  Services Division

Enclosures (4)

-2-

# *Freedom of Information and Privacy Acts*



# *Federal Bureau of Investigation*



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

June 30, 2005

Mr Samuel. Clemmons



Request No.: -GR 04-1394
Subject: Samuel. Clemmons

Dear Mr. Clemmons:

Reference is made to your Freedom of Information-Privacy Acts request to the ████████ Administration (████). Contained in their files was a document which originated with the Federal Bureau of Investigation. This document was forwarded to us for review and release determination.

We have completed our review and the document is being released to you in its entirety.

If you have not already requested a current search of our Criminal Justice Information Services Division records for any record that might pertain to you and wish to do so, please comply with the enclosed instructions set forth in the FBI File Fact Sheet. Fingerprint impressions are needed for comparison with records in the Identification Division to insure that an individual's records are not disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

XX PAGE 01 OF 01          ( )    ᵀ NCIC RESPONSE NO. 067₋) (     )          /DCDEA021
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL ▆▆▆▆▆.DOB/▆▆▆▆▆.SEX/M.RAC/W.PUR/C.
END

2-10-00

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide
  range of matters, including counter-terrorism, foreign counter-intelligence,
  organized crime/drugs, violent crime, white-collar crime, applicants, and civil
  rights.

- **The FBI does not issue clearances or non-clearances for anyone other than
  its own personnel or persons having access to FBI facilities.** Background
  investigations for security clearances are conducted by many different Government
  agencies. Persons who received a clearance while in the military or employed with
  some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"**
  - it is simply a listing of information taken from fingerprint cards submitted to the
  FBI in connection with arrests, federal employment, naturalization, or military
  service. The subject of a "rap sheet" may obtain a copy by submitting a written
  request to Clarksburg, West Virginia 26306. Each request must have proof on
  identity which shall consist of **name, date and place of birth and a set of rolled-
  ink fingerprint impressions** placed upon fingerprint cards or forms commonly
  utilized for application or law enforcement purposes by law enforcement agencies,
  plus **payment of $18.00** in the form of a certified check or money order, payable to
  the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent
  upon you to direct a request to the appropriate office**

## FOR GENERAL INFORMATION ABOUT THE FBI
## CHECK OUT OUR WEBSITE AT
### http://www.fbi.gov

# U.S. DEPARTMENT OF JUSTICE

██████████████████████████████████

## WASHINGTON, D.C.

████████████████

Samuel ██████ Clemmons, ██.

**INVESTIGATOR**

S/A Eldred C. Earls

**ROI#**
████████████

**DATE OF REPORT**

11/27/01

## LAW ENFORCEMENT CHECKS

*Record checks through the listed law enforcement agencies showed:*

**No Record**_____

**Positive Checks  X**____
**(See Attached)**

## DETAILS

| **Agency Contacted** | **Records Clerk** | **Date** |
|---|---|---|
| GA Dept. of Public Safety | N/A | 11/27/01 |

The _____'s Driver's License History revealed two (2) citations. There was a conviction for a charge of making an improper turn in 1996. There was a conviction for a charge in 1994 for speeding (83 in 65). The NCIC inquiry also revealed that someone has in the past or is currently using the _____'s social security number.

*11*

BI-LAW

██-3955 - RDLI    11/27/01 15:20:43 - 11/27/01 15:20:43 CSN8M9YJD47H
KR.GAGBIO051.GADEA01S0.TXT
NAM/CLEMMONS, SAMUEL ▮.DOB/██████.SEX/M
NAME:CLEMMONS, SAMUEL ▮
ADDR:████████████████████
      ATLANTA          GA 30342-1225
LIC NUM:
                              ADAP:N
SEX:M      DOB:████████
                    HGT:███ WGT:███ EYE:BRO

CLASS: CM      ISSUE DT:2001-03-24 EXPIRE DT:2005-████
TYPE:REGULAR                    SURR DT:
RESTRICTION:B/CORRECTIVE LENSES
COMMERCIAL STATUS:UNLICENSED
NON-COMMERCIAL STATUS:VALID


ACTIVE SUSPENSIONS:NONE


*CITATION:DISREGARD SIGNS/CONTROL D VIOL DT:1996-11-09 COMM OFF:UNK
  DEKALB COUNTY RECORDER'S COURT    DISP DT:1997-01-09 HAZD OFF:UNK
  POINTS: 03    ACC-INVOLVED:N    DISP:BOND FORFEITURE ST JURIS:GA

12

CONVICTION OFFENSE REFERENCE:40620

*CITATION:IMPROPER TURNING                VIOL DT:1996-06-04 COMM OFF:NO
    CITY COURT OF ATLANTA # 2             DISP DT:1996-06-27 HAZD OFF:NO
    POINTS: 03   ACC-INVOLVED:Y      DISP:CONVICTED        ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406120

*CITATION:SPEEDING (83 IN 65)      VIOL DT:1994-12-27 COMM OFF:UNK
    DOUGLAS COUNTY PROBATE COURT        DISP DT:1995-02-13 HAZD OFF:UNK
    POINTS: 02   ACC-INVOLVED:N    DISP:BOND FORFEITURE ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406181


THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF PUBLIC SAFETY COMPUTER
FILES AND IS TO BE USED FOR OFFICAL COURT OR LAW ENFORCEMENT USE  ONLY.
GA.LAW 24-3-17 AND 40-5-2 AS AMENDED, PROVIDES FOR ANY COURT OR CLERK
OF COURT ELECTRONICALLY CONNECTED BY A TERMINAL DEVICE TO THE DEPARTMENT
OF PUBLIC SAFETY COMPUTER CENTER TO RECEIVE AND USE INFORMATION OBTAINED
BY THE TERMINAL WITHOUT THE NEED FOR ADDITIONAL CERTIFICATION.

END OF NAM/DOB/SEX/ INQUIRY

*13*

*is aware.*

IDENTIFICATION DATA UPDATED 1984/04/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:

FBI          - FBI/

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

■■■-1837 - NCCH        10/24/01 17:13:44 - 10/24/01 17:13:44 BQN8N9XGFS5B

7L01BQN8N9XGFS5B2EF

GADEA0100

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR

INQUIRY ON NAM/CLEMMONS,SAMUEL ■■■■■■■ SEX/N RAC/U DOB/■■■■■■

SOC/■■■■■■■ PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|------|---------|--------------|
| ██████████████ | ██████████ | 2001/10/24 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE | PHOTO |
|-----|------|-----------|--------|--------|------|------|-------------|-------|
| ████████████████████████████████████████████████████████ | | | | | | | | N |

FINGERPRINT CLASS        PATTERN CLASS

11 10 14 14 09          RS RS RS RS RS LS WU LS LS LS

11 CO 14 17 10

*Someone is using Samuels SSN #* (handwritten)

ALIAS NAMES

████████████████████████████████████

SOCIAL SECURITY

*15* (handwritten)

**-1911    PERSONS        10/25/01 18:11:07 - 10/25/01 18:11:07 CSN8M9XHGLG1**

RE:    NAM/CLEMMONS, SAMUEL ████████ SEX/M DOB/██████████

NO WANT ON THE GCIC FILE

12

-1912 - RDLI        10/25/01 18:11:08 - 10/25/01 18:11:07 CSN8N9XHGLG1

.KR.GAGBI0051.GADEA0100.TXT

NAM/CLEMMONS, SAMUEL ■■■■■.DOB/■■■■■.SEX/M

NOT ON FILE

( )

█████-1914  DOC      10/25/01 18:11:16 - 10/25/01 18:11:16 CSN8M9XHGLG1

*** NO CURRENT PROBATION OR PAROLE INFORMATION FOR:

RE: NAME/CLEMMONS,SAMUEL ████      SEX/M  RACE/   DOB/████████  SSN/

13

# PROPOSE ORDER (S) REQUEST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO:** |
| C/O SAMUEL CLEMMONS | ) | |
| | ) | |
| Plaintiff | ) | **1: 06CV01536 (RCL)** |
| | ) | |
| vs. | ) | AMEND |
| | ) | |
| | ) | |
| LABCORP, LABORATORY CORP. OF | ) | |
| AMERICA HOLDING, et al | ) | |
| | | |
| Defendants | | |

## <u>MASTER ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to <u>*Lewis v. Faulkner*</u>, 689 F.2d 100, 102 (7th Cir.1982) <u>*Fox v. Strickland*</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>*Langley v. Adams County*</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests is hereby granted including the Plaintiff's Motion Requests for Admissions, Interrogatories, Subpoena Duces Tecum from the Defendants and the Defendants' witnesses to support their statements for the record and other documents under <u>*de novo*</u> as withheld by the Defendants by means of refusal to submit supportive evidence to bring this case matter before the Court to a close. It is now and shall be ORDERED to **"COMPEL"** the Defendants to produce all their evidence "without redacting" within **0 days** before this order in accordance with Rule 37(a) or it shall be in the best interest of the Defendants to settled this case before going forth for a Jury Trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

The Plaintiff's Protective Orders and Restraining Orders are HEREBY GRANTED against the unknown wrongfully employees of LabCorp and in conjunction

2

with the State of Georgia, et al, Sharolyn Y. Evans; AKA Allision S. Johnson, Ms. Patricia M. Riep-Dice, Catrina M. Pavlix, Carl Scott, ChoicePoint , Dekalb County Sheriff Department, Fulton County Sheriff Department, Atlanta Police Department, Attorney Venice R. Daley,  Tonya R. Powell, Special Agent Gary Hartman, Allan T. Dowen, Larry Pearson, Nancy A. Lane, Katherine L. Myrick, Ms. Wynette Alexander, Ms. Anna Bowden, Ms. June Bowden, Counsel Mark A. Robbins, Kendall J. Brown, Kathy McPhail, Paul A. Gordon, and LabCorp, Laboratory Corporation of America Holding all are found to be in violation of the United States Section Code 111 ALR, Fed. 295 and 18 U.S.C.A § 1001.

It is now ORDERED since the Defendants have failed to produce genuine documents to support their actions or play into this illegal search and seizures in violating the Plaintiff's Constitutional Rights under the 4th and 14 Amendment of the United States Constitution. It is now ORDERED that the Defendants will delete **the entire** Plaintiff's personal, private but confidential information from **all** their databases and files and report back to the Court under a sworn declaration before the Court that all information has been deleted.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss IS HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment in favor of the Plaintiff is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/O SAMUEL CLEMMONS | ) CIVIL ACTION NO:<br>)<br>) |
| Plaintiff | ) **1: 06CV01536 (RCL)**<br>) |
| vs. | )      AMEND<br>)<br>) |
| LABCORP, LABORATORY CORP. OF<br>AMERICA HOLDING, et al | )<br>) |
| Defendants | |

### ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the Court. The Court finds it is now in the best interests of the Court and the Plaintiff to bring this case to a close according to the Court's standard of Summary Judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantial evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment without Prejudice in favor of the Plaintiff.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132


Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE | ) **CIVIL ACTION NO:** |
| C/O SAMUEL CLEMMONS | ) |
| | ) |
| Plaintiff | ) **1: 06CV01536 (RCL)** |
| | ) |
| vs. | )       AMEND |
| | ) |
| LABCORP, LABORATORY CORP. OF | ) |
| AMERICA HOLDING, et al | ) |
| | ) |
| Defendants | |

### ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the Court. The Court finds it is now in the best interests of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a Jury Trial to hear the facts as disclosed by both sides before a Summary Judgment can be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's actions which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with substantial evidence to contradict the Plaintiff's claims or discovery. The Court now accepts the Plaintiff's Motion Request to Enter Discovery.

IT IS HEREBY ORDERED that on this date of signing this document this case is now assigned for a Jury Trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
2137 SOFT PINE LN
ACWORTH, GA 30132


Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I HEREBY CERTIFY that on this **9th day of April 2007**, a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD ATTACHED WITH PLAINTIFF'S SET OF PROPOSED ORDER(S) were all served by regular mail concerning case # 1: 06CV01536 (RCL)


To: Defendant's Counsel

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M. Street, NW
Washington, DC 20036 / CERTIFIED MAIL TRACKING **# 7006 0100 0004 7928 3555**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Certified Mail # EQ 214 831 511 US**


Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.,
Acworth, GA 30132