# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMP[IA]

**DEFAULT / FAILURE TO COOPERATE**

_CLEMMONS' ESTATE_
Plaintiff

vs.

Civil Action No. _1:06CV01536 (RCL)_

_LABCORP OF AMERICA HOLDING, ETAL_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _14TH_ day of _MAY_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _14TH_ day of _MAY_, 20_07_ in favor of _DEFENDANT (LABCORP)_ against said _PLAINTIFF (CLEMMONS' ESTATE)_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HOLLY A. PAC
ZUCKERMAN SPADER, LLP
1800 M. STREET, N.W.
WASHINGTON DC 20036