UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE c/o SAMUEL CLEMMONS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>LABORATORY CORP. OF AMERICA HOLDINGS,  )<br><br>Defendant.  ) | Civil Action No. 1:06-cv-01536 (RCL) |

**DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS'
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN APPEAL**

Defendant Laboratory Corporation of America Holdings ("LabCorp") respectfully submits this opposition to Plaintiff's May 17, 2007 pleading titled, "Plaintiff File Motion Before The Office Of The Clerk To Enter Motion For Leave To File Appeal Untimely Due To The Following Reasons As Stated And Expressed Below In This Complaint Requesting Such Cases To Be Honored And To Go Forth Before The U.S. Court Of Appeals."  For the reasons set forth herein, LabCorp respectfully requests that the Court deny Plaintiff's motion.

**I. ARGUMENT**

Plaintiff has filed yet another motion, this one appearing to seek relief that has not been the subject of any of his prior motions.  He asks the Court to grant him leave to file an appeal, which he characterizes as untimely.  This motion, like so many of his earlier motions, is incomprehensible and must be denied.  Plaintiff never identifies the order from which he is appealing, and in fact, there is nothing to appeal.  LabCorp has not received notice of any Court

order. Moreover, the docket sheet for the above-captioned matter confirms that not a single Court order has been entered. The relief that Plaintiff seeks is clearly inappropriate.

Plaintiff's allegations that LabCorp is in default, irrelevant to his motion in the first instance, are so patently false as to warrant a response. LabCorp has responded to every one of Plaintiff's pleadings that required a response.[1] In summary:

- On August 30, 2006, Plaintiff initiated this lawsuit by filing a complaint. The complaint was never properly served on LabCorp. On November 14, 2006, LabCorp waived service of the complaint and filed a motion to dismiss.

- On December 5, 2006, Plaintiff filed an opposition to LabCorp's motion to dismiss. On December 11, 2006, LabCorp filed a reply brief in response to Plaintiff's opposition.

- On December 11, 2006, counsel for LabCorp received a compound discovery request from Plaintiff titled "Plaintiff's First Request For Admission, Set Of Interrogatories, And Request For Production Of Documents And Things Propounded To Defendant." LabCorp responded on December 18, 2007, by moving to stay discovery in this matter pending resolution of LabCorp's motion to dismiss.

- On March 13, 2007, Plaintiff filed "Plaintiff's Motion Request To Enter Summary Of Facts, Testimonies And Motion To Enter Discovery Before The Court To Bring Case Matter Before The Court To A Close And Support The Plaintiff's Demands For Summary Judgment In Favor Of The Plaintiff Against The Defendants As Stated Therein According To Federal Rules Of Civil Procedures, Rule 54(C)." LabCorp responded on

---

[1] For purposes of judicial efficiency, LabCorp did not file responses to the duplicative pleadings filed by Plaintiff that sought the same relief as pleadings that were already pending before the Court.

March 19, 2007, by filing a motion to strike, or in the alternative to stay, plaintiff's motion request to enter summary of facts.

## II. CONCLUSION

Because there is nothing for Plaintiff to appeal and LabCorp is not in default, LabCorp respectfully requests that the Court deny Plaintiff's motion for leave to appeal.

Dated: May 29, 2007                           Respectfully submitted,

/s/ Holly A. Pal_____
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)

Martin S. Himeles, Jr.
*Pro hac vice* pending
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, MD 21202
410-949-1144 (telephone)
410-659-0436 (facsimile)

*Counsel for Defendant*
*Laboratory Corporation of America Holdings*

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2007, the foregoing Defendant Laboratory Corporation Of America Holdings' Opposition To Plaintiff's Motion For Leave To File An Appeal was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows: The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Holly A. Pal
Holly A. Pal (D.C. Bar No. 490737)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202-778-1855 (telephone)
202-822-8106 (facsimile)