### NOTICE OF APPEAL IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO:** |
| C/O SAMUEL CLEMMONS | ) | |
|     PLAINTIFF, | ) | **1:06-cv-01536 (RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| LABORATORY CORP. OF AMERICA | ) | |
| HOLDING, ET AL | ) | |
|     DEFENDANTS | ) | |

---

## PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT' OPPOSITIONS AGAINST THE PLAINTIFF'S REQUEST FOR NOTICE OF APPEAL AFTER THE PLAINTIFF'S MOTION REQUESTS BEFORE THE U.S. DISTRICT COURT AND U.S. COURT OF APPEALS.

Comes the Plaintiff file this opposition against the Defendant's Counsel request for denial of Plaintiff's Constitutional rights to appeal according to the Due Process of Law and for fair justice to reveal itself.

The Plaintiff filed such motion request or notice due to discovery of multiple claims of misconduct while filing his complaints as a *Pro Se* and they are:

1. The Court and the Defendant's Counsel failures to inform or submit any communication by means of proper or valid service advising the Plaintiff of such action performed on such case and without giving the Plaintiff's any rights for objection or appealing such entry into the record. In the Defendant's Counsel opposition to the Plaintiff's Motion Request for Leave to File an Appeal. The Plaintiff once again has discover something submitted into the record without the Defendant's Counsel ever serving

**RECEIVED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the Plaintiff such documentation which is entitled "Motion to Strike, or in the alternative to stay, plaintiff's motion request to enter summary of facts" on such filing of March 19th, 2007. The Plaintiff states such conduct such this one which I know now the Defendant's Counsel now wishes to use the mail system as an excuse, but the Plaintiff can receive such motion as the Defendant's Laboratory Corporation of America Holdings' Opposition to Plaintiff's Motion for Leave to file an Appeal within eight days after filing is a strong indication that the mail system is not broken.

The Defendant's Counsel express confusing or misunderstanding as to why the Plaintiff filed such notice of appeal. The Defendant's Counsel may not know or may not be aware of why such Plaintiff's intentions of filing such notice of Appeal but the Notice of Appeal is in regard to a few other cases in which the Plaintiff feels it is not necessary to elaborate on which occurred on a few ruling without the Plaintiff ever being notified and the Plaintiff felt it should now be in his best protection and interest since he is fighting these cases as a *Pro Se* to protect such hard work and interest by filing such notice of Appeal due to the failures in not cooperating with the Plaintiff's Motion filing for Admission, Interrogatories and Subpoena Duces Tecum filed on three separate filing seeking the Defendants' Discovery and truth to such its exhibit they wished to entered into the record as evidence to support their illegal activities which caused this lawsuit.

Since it is now made clear for the record that the Defendant's Counsel has failed to state a claim or prove by means of substantial evidence why this case should be dismissed. It has now been well over 10 months and the Defendant's Counsel has still failed to produce anything to justify why such case should be dismissed and if one will

careful review the case the Court failed to enter any orders giving the Defendant's

Counsel 10 days to justify why such case should be dismissed by providing substantial

amount of evidence against the Plaintiff's evidence the Plaintiff has entered into the

record during the Plaintiff's motion request to enter discovery validating why case should

not be dismissed and why the Plaintiff filed such complaint against the Defendant.

The Defendant's Counsel now claims that the Defendant is waiting on the Court's

response to the Defendant's motion for dismissal even without any substantial evidence

of fact to support their requests.

As the Plaintiff has pervious expressed how such motion can be granted in the

Defendant's Counsel Favor after a large gap in time? If such was going to be granted one

will think it should have been granted within the thirty days after the Defendant's

Counsel Response to the complaint.

Due to other pervious episodes of misconduct in other cases, the Plaintiff was not

notified or was informed of possible misconduct until May 14th, 2007 after a few cases

which was closed on May 30th, 2007 advised by the Filing Clerk. In these cases, the

Plaintiff has declared under a sworn oath before this Court and the Court of Appeal that

the Plaintiff did not receive such communication or notice until after the Plaintiff filed a

motion on the case in May of 2007. This alone should indicate and prove that the Plaintiff

was never made aware of any actions performed in denying the Plaintiff true justice. In

these cases documents were returned to the Plaintiff coming from the Judge's Chambers

and not the Office of the Clerk advising the Plaintiff that this case has been closed or

terminated since March 30th, 2007. In a valid attempt to exhausted the Plaintiff's rights to

appeal any decision on such case. This alone was misconduct and proven reasons as to

why such cases should be removed from this Court or Judge's Chambers and placed

before the Court of Appeal for full review and amendments to the procedures and as well

as decisions in this case. This is why the Plaintiff has filed for an appeal to not only this

case but to others cases you once wished to try to use against the Plaintiff in other

oppositions before this court.

The Plaintiff's notice of appeal should be granted and accepted due to multiple

errors are still in the record which will show and reveal that the Defendant's Counsel was

not late in filing such appropriate response to the complaint but the Defendant was served

properly according to the Federal Rules of Civil Procedures.

In the end results of this, the Plaintiff should not be the one to carry the burden

after multiple episodes of illegal activities when no can explain and validate that such

activities performed by the Defendants were legal.

Therefore, none of the Plaintiff's filing is not late due to the facts of never

receiving anything from the Court; the Plaintiff did not know what the status on this case

was and was making sure everything that has been filed is in accordance with the Federal

Rules of Civil Procedures.

If anyone should carefully review the record before the Court of Appeals there is

no where in the record of the Plaintiff as ever been late in filing his answers, responses,

oppositions or objections against any of the Defendant's Counsel Entries. The Plaintiff

has been timely throughout this process or proceeding to the facts in the end after giving

the Defendant's Counsel well over enough amount of time to justify any of their

statements or facts before this Court. The Defendant's Counsel has not.

There is no where in the record or in the docket the Defendant's Counsel can say or express that the Plaintiff was given such rights or has such rights. If the Defendant's Counsel cannot produce such records than they are in violation of Rule 60(b) (1) (2) (3) and Rule 37(3) (c) and the Plaintiff should not be the losing party but be the prevailing party according to <u>Richard v. National R.R. Passenger Corp.</u>, 49 F.3d 760 (D.C. Cir.1995), the Court's has not render a decision yet in this matter but due to other incidents or strange behavior, the Plaintiff truly feel that such decision will not be any different from the other one due to the length and time it has taken thus far in accepting or denying any motion request submitted by both parties. The Plaintiff does not know how move without any activity or involvement from the presiding judge.

Every man, woman or human being is entitled to their rights under the Due Process of Law and rights to a Jury Trial if such one is demanded and requested. Just as the Defendants too have those same rights. If such Jury Trial is granted the Defendant's Counsel has exhausted their administrative remedies in produce such discovery for a jury to see and rule on the record.

If the Plaintiff is once again denied his rights under the Due Process of Law then anyone and everyone should think and wonder why the Plaintiff is continuous being denied his Due Process of Law even after submitting substantial evidence justifying, proving and making his complaint valid. Is this because someone is avoiding something from being disclosed to the public? The Defendant's Counsel Usages of public record case laws in their arguments or rebuttals is something they should be addressing before the Court of Appeals and the Plaintiff should not be appealing anything. The Plaintiff is confident that the Appeal should be coming from the Defendant's Counsel if he or she

6

solely feel that such judgment, order or decision were not justice and according to the law. The Plaintiff filed such notice due to thinking something somewhere will be found and located in an attempt to deny the Plaintiff's claim and have such case dismissed on prejudice grounds and not fair grounds.

The Plaintiff should not be the one appealing anything because the Plaintiff has proven his points and reasons for filing such lawsuit and has justified such reasons by means of substantial evidence showing wrongdoing by the Defendants and if such wrongdoing is found or located there has to be a responsible party to pay for such injuries or damages done to the Plaintiff. The Defendant's Counsel has not justified any wrongdoing by the Plaintiff but wishes to be released from these injuries or damages imposed upon the Plaintiff.

In additional to any of the Defendant's Counsel Statements of failures. The Defendant's Counsel failed to state a claim why the Plaintiff should not be awarded relief from the injuries and damages that he has encountered due to intentionally hurt and harm upon the Plaintiff's character and career.

2. The Defendant's Counsel failed to justify any wrongdoing done by the Plaintiff.

3. The Defendant's Counsel failed to prove any harm done by the Plaintiff.

4. The Defendant's Counsel failed to state or explain why their counter partners does not have to produce any more evidence or was not ordered to produce any records under the Freedom of Information Act and Privacy Act when they had presented some information but not all to support all their statements in question for the record.

5.  The Defendant's Counsel failed to response with the answers to the Plaintiff's Admission, Interrogatories and Subpoena Duce Tecum Requests propounded to them over 90 days period of time seeking full cooperation in the Discovery process. This is a very strong indication of failure to cooperate with the Federal Rules of Civil Procedures well beyond the period any motion should have been granted.

6.  The Defendant's Counsel failed to state and prove why the Plaintiff should not be given a Trial by Jury even though the Defendants collaborate such efforts or claim with the State of Georgia claiming wrongdoing by the Plaintiff, but totally agrees that the Plaintiff does not need a Jury Trial to determine his guilt.

7.  The Defendant's Counsel failed to elaborate on what is against the law and what is not against law concerning the Plaintiff's activities to be convinced of anything and to be denied his rights under the United States Constitution.

8.  The Defendant's Counsel failed to explain why the award amount the Plaintiff seeks does not fit the amount of damage, harm or injuries done to the Plaintiff's life and career.

9.  The Defendant's Counsel failed to acknowledge or try to discuss settlements options outside of Court to come to a reasonable and justified conclusion before such order, judgment, decision or appeal.

10. The Defendant's Counsel failed to inform who is the person or agency fully responsible for these injuries or damages.

11. The Defendant's Counsel failed to stated, inform or address the time line or limits in responding to the Plaintiff's Notice of Appeal Request.

12. The Defendant's Counsel failed to justify and explain why such case should be dismissed.

13. The Defendant's Counsel failed to justify and explain why such Plaintiff's Motion Request to Enter Summary of Fact to be strike or in alternative to stay.

The Plaintiff filed such notice on May 17th and the Defendant's Counsel filed their response against the Plaintiff's filing on May 29th, 2007. This is 11 days after such notice was entered into the record and the Plaintiff filed his rebuttal or opposition against the Defendant's Counsel filing on June 6, 2007 which is 8 days according to the calendar. Now if we allow the mail system 7 to 10 days for delivery one will see that the Plaintiff actually responded to the Defendant's Counsel filing within one day after receipt. The mail is by law expected to get to the Plaintiff no later than June 8th, 2007. The Plaintiff received such notice prior and responded and mail off such response in a timely manner. Which continue to leave the argument open as to why and how can the Plaintiff receive this notice by mail and not received the other notices, orders or judgment that the Plaintiff has been waiting to receive.

Anyone can see that the mail system is not broken....The issue at hand is within this Court in not releasing the information to the Plaintiff giving the Plaintiff his exclusive rights to rebuttal or appeal any order, judgment or decision rendered. This is not fair and it is a true sign of misconduct and wrongfully activities. We know the Plaintiff receives his mail and for what strange reasons now and during this process the

Plaintiff's mail is becoming mysterious missing and there is no sign on the docket or record or ever mailing out such order, judgment or decision to the Plaintiff. In this case before this Court such case is still pending waiting on the presiding judge's actions. If such is true than how can the Plaintiff (the movant) move to defend anything on the record and how can the Defendant's Counsel move to enter evidence during the six month period of the Discovery Process. It appears that some where and some how someone is trying to exhaust someone administrative remedies. These are valid grounds for an unethical behavior or conduct problems which needs to be investigated and now should be monitor and placed in the hands of the Court of Appeal for continuous investigation and review.

Therefore, the Court of Appeal should be the next level of the Court to review the record and decision before this Court with special emphasis being placed on the month of August 30, 2006 of filing activities and the laws under the Freedom of Information Act and Privacy Act and one should question why or where is the Plaintiff's Affidavit of Service validating when such two sets of the summons and complaint were delivered to the Defendants validating proper service. The Defendant's Counsel is claiming not being properly served when such Defendant was properly served according the Federal Rules of Civil Procedures, Rule 4. The Plaintiff did not personally serve the Defendants and the Defendants did not directly receive the Summons and Complaint by hands of the Plaintiff. The Plaintiff clearly sub contracted such service to a third party and will submit such evidence of facts once the Plaintiff's Motion to Enter Discovery is GRANTED.

The Plaintiff is not aware if such Affidavit of Services is missing. If they are that should constitute fraudulent activities and not a mistake of the law. One should question

why are they missing? The Plaintiff will enter such Affidavit of Service showing proper proof of service according to Federal Rules of Civil Procedures, Rule 4 (C) (ii) and deliveries of the summons and complaint to the Defendants were legal and correct to eliminate this factor as a reason or cause to dismiss anything. **Once again, these Affidavits of Service will be presented when the Plaintiff's motion request to enter discovery is GRANTED.**

Therefore a reversal to any decision in this Court should be GRANTED and the Court of Appeal should be the next higher level court to review and administrated the changes so that this matter can be conducted according to the Federal Rules of Civil Procedures by reissuing another summons upon the Defendant by means of the Court of Appeal giving them an additional **20 days** to comply, justify and prove any and all statements made by the Defendants that are in question by the Plaintiff by means of Admission, Interrogatories and Subpoena Duces Tecum Requests which has already been propounded upon the Defendants and the Defendants Counsel for response without any objection entered by the Defendants.

Based on the Defendant's Counsel actions or behavior and the wrongfully activities of the Court the Plaintiff had no further options but to file a motion request for untimely appeal, reinsurance of Summons, Petition for Mandamus and Motion for Disqualification of presiding judge before the Court of Appeal to eliminate continuous and wrongdoing imposed upon the Plaintiff with an intentional act to cause more sever injuries, hurt and pain upon the Plaintiff.

The records should show that the presiding judge is favoring in assisting and helping out so many of the Defendants and trying to find any and every flaw or mistake

made by the Plaintiff to use against the Plaintiff in not honoring or ordering anything in the Plaintiff's favor. The presiding judge has tried to perform legal counseling service for the Defendants so that the Plaintiff will not prevail even though the Plaintiff's facts are in order with the Plaintiff's complaint an now the Defendant's Counsel wishes and wants such summary of fact to be strike from the record when such facts makes great sense and is in accordance of the law and ruled under other opinions before other courts.

The Plaintiff states at least this Defendant did appear after being served. There have been other incidents when the Defendants have failed to appear, argue or rebut such summons and complaint served upon them by means of a third party and not by physical means of service by the Plaintiff but according to the Federal Rules of Civil Procedures showing and indicating such proper service by another individual who is of age which is 18 years or older. The law does not say the United States Postal Service or a personal carrier service cannot be used as an entity to provide perfect service upon the Defendants.

The presiding judge have tried to protect the Defendants even though the records show failure to appear on the record with the original signature of the party to be served is proven and is on the record. Is this fair or is this Justice? I say neither and these are strong indications of wrongdoing and misconduct in preventing the Plaintiff from prevailing from these lawsuits filed according to the law and rules of the Federal Rules of Civil Procedures. Once again, these are additional reasons or factors as to why the Plaintiff is requesting reinsurance of Summons, Petition for Mandamus and Motion for Disqualification of presiding judge before the Court of Appeal. Actions or activities that present itself such as these on the record is a strong indication that the Plaintiff is struggling or fighting against the United States District Court, the Defendants, and the

Defendant's Counsel especially when the Plaintiff has done everything according to the Rules of the Federal Rules of Civil Procedures and the Due Process of Law but do not or does not understand the long delays in accepting, entering and granting orders so that both sides can express their argument prior to jury trial as will be demanded by the Plaintiff.

If anyone reviews the record and the location of the Plaintiff and the Defendants the presiding judge can clearly see that the Plaintiff could not have been the primary party serving anyone when the record shows the Plaintiff is the Primary Party by sub contracting such service over to others to perform such service upon the Defendants. Once again, the record will show the Plaintiff being in one state and the Defendants being served are in another state; therefore, the Plaintiff states how can any of these Defendants not be properly served and not in accordance with Federal Rules 4(c) (ii)?

When one can see all of these sides (what is proper service, failure to cooperate or entering misleading statements or evidence). They should be able to see and have a better understanding why the Plaintiff is seeking an appeal before the Court of Appeal.

Everyone should see and understand that the Plaintiff is the innocent party and has not caused any hurt or pain upon anyone. It's the Defendant's Counsel Position to prove that harm and damages were caused by the Plaintiff and the Plaintiff has no grounds for filing a complaint against anyone.

There is no way or no where the Plaintiff should be the one to suffer and grieve due to someone else wrongdoing or attempts to be above and beyond the law.

The Plaintiff truly hope and desire that all these cases are fully and carefully review before the Court of Appeal because if one wrongdoing is found their other others

will be found. That's why appealing this case is necessary and should be in accordance with the rules and laws of regulations.

In closing, the Plaintiff personally feels these incidents happening against the Plaintiff are not mistakes in the law but intentional acts to cause more damage and injuries upon the Plaintiff, because they are not hurting anyone but the Plaintiff for filing as a *Pro Se*. The Plaintiff sincerely hopes that the Court of Appeal will see within and understand that if the Defendant, Defendant's Counsel and the United States District Court is not going to follow the rules and regulations of the law than why should anyone else follow them?

Respectfully Submitted,

Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.,
Acworth, GA 30132
866-409-7758

## NOTICE OF APPEAL IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEMMONS' ESTATE | ) | **CIVIL ACTION NO:** |
| C/O SAMUEL CLEMMONS | ) | |
|     PLAINTIFF, | ) | **1:06-cv-01536 (RCL)** |
| vs. | ) | |
| | ) | |
| LABORATORY CORP. OF AMERICA | ) | |
| HOLDING, ET AL | ) | |
|     DEFENDANTS | ) | |
| | ) | |
| _____ | ) | |

## PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY

Come now the Plaintiff file his motion request to enter discovery now pending on the Court or Court of Appeal's ORDER to grant such motion for the Plaintiff to prove his points as so stated in the Plaintiff's entry before the Court.

Respectfully Submitted,

Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.,
Acworth, GA 30132
866-409-7758

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4TH day of June 2007, a true copy of the
PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT' OPPOSITIONS
AGAINST THE PLAINTIFF'S REQUEST FOR NOTICE OF APPEAL AFTER THE
PLAINTIFF'S MOTION REQUESTS BEFORE THE U.S. DISTRICT COURT AND
U.S. COURT OF APPEALS was served by first-class mail concerning case # **1:06-cv-
01536 (RCL)**
:

To: Defendant's Counsel

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Office of the Circuit Executive
Office of the Clerk
Room 4826
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, N.W
Washington, DC 20001-2866

Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
2137 Soft Pine Ln.,
Acworth, GA 30132
866-409-7758