UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE,<br>c/o SAMUEL L. CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF<br>AMERICA HOLDINGS,<br><br>    Defendants. | Civil Action No. 06-01536 (RCL) |

**ORDER**

Upon consideration of the motion [4] for leave to appear *pro hac vice* by defendant Laboratory Corporation of America Holdings, the motion [4] is hereby GRANTED, and it is hereby

ORDERED that Martin S. Himeles, Jr., may appear *pro hac vice* in the above-captioned matter.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 13, 2007.