UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLEMMONS' ESTATE
c/o SAMUEL L. CLEMMONS
_____
Plaintiff

vs.                               Civil Action No. 06-01536 RCL

LABORATORY CORPORATION OF
AMERICA HOLDINGS ET AL
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 24TH day of JULY, 2007, that

CLEMMONS' ESTATE

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 13TH day of JULY, 2007

in favor of LABORATORY CORPORATION OF AMERICA HOLDING

against said CLEMMONS' ESTATE

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

# RECEIVED

JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT