# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7116**             **September Term, 2006**

06cv01536

**Filed On:**

Clemmons' Estate,
    Appellant

v.

Labcorp, Laboratory Corp. of America
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG 1 4 2007

CLERK

## ORDER

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by September 13, 2007, appellant either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a). See Attachment. In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested and by first class mail.

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                          BY:
                                    Ken Meadows, Jr.
                                    Deputy Clerk

Attachment:
    (1)    Motion for Leave to Proceed on Appeal In Forma Pauperis