UNITED STATES COURT
FOR DISTRICT OF COLUMBIA

SEP 17 2007
RECEIVED

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_CLEMMONS' ESTATE_     USCA No. _07-7116_

v.

_LAB CORP, LABORATORY CORP OF AMERICA HOLDING_     USDC No. _1:06 CV 01536_

ORIGINAL

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, _CLEMMONS' ESTATE C/O SAMUEL CLEMMONS_, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (_Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary._)

_NOTE: I AM WILLING TO PAY THROUGH SECURITY BOND FROM ANOTHER DEFAULT CASE (SEE ATTACHMENT) IF DENIED. I WILL PAY THE FILING FEE TO PROSECUTE THROUGH A DEMAND JURY TRIAL._

Signature _Saml Clemmons_
Name of Pro Se Litigant (PRINT) _CLEMMONS' ESTATE C/O SAMUEL CLEMMONS_
Address _P.O. BOX 347, BROOKHAVEN, MS 39602_
_PHONE # 866-404-7758_

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

_IF THERE SHOULD BE ANY ISSUES OR QUESTIONS PLEASE CALL!_