IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE ) | CIVIL ACTION NO: |
| C/o SAMUEL CLEMMONS ) | |
| ATTN: C. OWENS ) | |
| P.O. BOX 347 ) | 1:06CV01536 RCL |
| BROOKHAVEN, MS 39602 ) | |
| 866-409-7758 ) | |
|    Petitioner ) | |
| vs. ) | |
| ) | |
| LABCORP, LABORATORY CORP. OF ) | |
| AMERICA ) | |
|    Respondent (s) ) | |

*[Handwritten annotation:* Let this be filed. Motion DENIED for lack of jurisdiction — notice of appeal was filed on 7/30/07. Royce C. Lamberth, U.S.D.J. 12/11/07*]*

**PLAINTIFF'S MOTION REQUEST FOR ENLARGMENT OF TIME**

The Plaintiff move in addition to the attached motion attached to this motion file before the court file a motion request for enlargement of time thereby giving the Defendant's Counsel and option to settle before going forth before the United States Courts of Appeals.

The Plaintiff propose the Defendant's Counsel deadline date for stating his or her position should be no later than December 17, 2007 and the Plaintiff enlargement of time should be additional 30 days beyond December 17, 2007.

This should be considered a fair assessment before the courts to prevent anymore work needed within the courts or any further burden upon either party.

Respectfully submitted,

_____
CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
ATTN: C. OWENS
P.O. BOX 347
BROOKHAVEN, MS 39602
601-835-2001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLEMMONS' ESTATE<br>C/o SAMUEL CLEMMONS<br>ATTN: C. OWENS<br>P.O. BOX 347<br>BROOKHAVEN, MS 39602<br>866-409-7758<br>  Petitioner<br>vs.<br><br>**LABCORP, LABORATORY CORP. OF AMERICA**<br>  Respondent (s) | CIVIL ACTION NO:<br><br>**1:06CV01536** |

**PETITIONER'S OPPOSITIONS, OBJECTIONS AND REBUTTALS AGAINST THE DEFEDANT'S COUNSEL'S ACTIONS OUTSIDE THE REGULATIONS OF THE UNITED STATES COURT OF APPEALS IN A CONFIRMED DEFAULT CASE AS OF 10/05/2006 & 10/27/2006
(SEE CASE # 06CV01657 (DEKALB COUNTY SHERIFF DEPT TOO FAILED TO APPEAR BEFORE THE UNITED STATES COURT OF APPEALS)**

Come now the Petitioner file this motion for <u>enlargement of time</u> to seek or discuss settlement options with the Defendant in this confirmed default case before the United States Court of Appeals.

The Defendant's Counsel has once again violated the Federal Rules of Civil Procedures in confirmed evidence of either filing an untimely answer before the United States District Court and for failing out of sequence within the United States Court of Appeals without an order ever given to give such attorney rights to file such answer or information he or she claim to have received from the court when such case is not be consolidated.

As once done before after filing an untimely answer or response over thirty days after being in default after being served properly in accordance with the Federal Rules of Civil Procedures, Rule 4 during such course or event the Defendant's Counsel appeared untimely but too failed to file a notice of appearance or a motion requesting for an enlargement of time these

two issues will be addressed during the process while such case is brought before the United States Court of Appeals. The Defendant's Counsel too failed to receive an order from the presiding judge to move to enter such dispositive motion if such default was not entered when such default should have been entered in accordance with Federal Rules of Civil Procedures, Rule 55 (b) (1).

The United States Court of Appeals will too see that no activities was presented and conducted in accordance with the Federal Rules of Civil Procedures by the Defendant's Counsel. The Defendant's Counsel too failed to enter an oppositions, objections or rebuttal about issues or matters of not being served properly in accordance with Federal Rules of Civil Procedures, Rule 4. If such was an issue or argument then such should have been ordered by the United States District Court ordering the Plaintiff to validate proper service before issuing an order upon the Defendant's Counsel to file or enter his or her dispositive motion before the court. This did not happen and the Defendant's Counsel continued to move by performing illegal filing without an order to do so. The Defendant's Counsel filed a motion to dismiss without an order instructing such counsel to do so.

The Plaintiff made every attempt through the court to get the Defendant's Counsel to cooperate and produce substantial evidence to justify why such case should be dismissed if he or she wish not to go forward for a jury trial. The Defendant's Counsel failed to produce or submit anything to justify his or her actions and too failed to cooperate in the Plaintiff's movement for Admissions, Interrogatories and Subpoena Duces Tecum Requests but too continue to stress and express that he or she refuse to answer due to the facts of saying he or she has filed for a motion to dismiss out of order and well beyond the Federal Rules of Civil Procedures.

The Defendant's Counsel claim since the Plaintiff is acting as a *pro se* he or she think that the Plaintiff is not familiar with the Federal Rules of Civil Procedures and too think that the Plaintiff is not aware of knowledge due to the fact the Defendant's Counsel's actions are still unethical. The Plaintiff is not claiming ignorance, incompetent or being an infant in this case.

The Plaintiff file this motion requesting and enlargement of time giving the Defendant's Counsel enough time to think this matter over before going before the United States Court of Appeals to review the facts in this case in its entirely and to rule base on the facts and procedures of this case without looking over and monitoring into other cases which are pending before the United States Court of Appeals.

The United States Court of Appeals should now see that we now have a party that has appeared and capable of defending this lawsuit and such party too should be able and willing to go before a jury to convict the Plaintiff before his peers in which such Defendant too have claim to have done to cause or trigger this lawsuit before the United States District Court and the United States Court of Appeals.

If such Counsel still wish not to go to trial then the best options before this court will be to settle this case or claim to prevent ongoing unnecessary expenses upon the court and the Plaintiff.

The Plaintiff is requesting an enlargement of time for the Defendant's Counsel to settle this case within <u>two weeks</u> after receiving this motion before the United States Court of Appeals.

The Defendant's Counsel should too be allow to enter his intention as soon as possible so that everyone will know exactly how to move and set this case before going forth for a jury trial since the Defendant has appeared out of time for surrendering a brief under this case number before the United States Court of Appeals.

4

The Plaintiff propose the Defendant's Counsel deadline date for stating his or her position should be no later than December 17, 2007 and the Plaintiff enlargement of time should be additional 30 days beyond December 17, 2007.

This should be considered a fair assessment before the courts to prevent anymore work needed within the courts.

Respectfully submitted,

CLEMMONS' ESTATE
C/o SAMUEL CLEMMONS
ATTN: C. OWENS
P.O. BOX 347
BROOKHAVEN, MS 39602
Alternate # 601-835-2001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7TH day of December 2007, a true copy of the **PLAINTIFF'S MOTION REQUEST FOR ENLARGMENT OF TIME** IN ATTEMPT TO SETTLE THIS CASE OUTSIDE OF THE COURT was served by first-class mail concerning case # **07-7116**
:


To: Defendant's Counsel

Holly A. Pal
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, DC 20036

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


United States Court of Appeals
Office of the Circuit Executive
Office of the Clerk
Room 4826
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, N.W
Washington, DC 20001-2866

*[signature]*
Clemmons' Estate
C/o Samuel Clemmons
Attn: C. Owens
P.O. BOX 347
BROOKHAVEN, MS 39602
866-409-7758
Alternative # 601-835-2001