# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7116**                        **September Term, 2007**

06cv01536
Filed On: March 17, 2008

Sam L. Clemmons,
       Appellant

v.

Labcorp, Laboratory Corp. of America,
       Appellee

**BEFORE:**   Ginsburg, Randolph, and Garland, Circuit Judges

### ORDER

Upon consideration of the motion for enlargement of time and the response thereto; and the motion for discovery, the motion for default, and the motion for jury trial, and the opposition thereto, it is

**ORDERED** that the motion for enlargement of time be denied. It is

**FURTHER ORDERED**, on the court's own motion, that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38. Appellant has failed to comply with this court's order, which warned him of the consequences of failure to comply. By order filed November 16, 2007, appellant was directed to either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in this court for leave to proceed in forma pauperis, by December 17, 2007. Appellant's "motion for enlargement of time" references the merits of his case, the district court proceedings, and potential settlement negotiations, but is silent as to the fee issue. It is

**FURTHER ORDERED** that the motion for discovery, the motion for default, and the motion for jury trial be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

By: /s/
Ken Meadows, Jr.
Deputy Clerk/LD