A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Clemmons' Estate
c/o Samuel Clemmons                         )

            Plaintiff(s)                   )          **APPEARANCE**
                             )
                             )
            vs.                    )          CASE NUMBER    1:06CV01536
Laboratory Corp. of America Holdings,       )
430 S. Spring St., Burlington, North Carolina 27215 )
           Defendant(s)                   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Lisa L. Barclay          as counsel in this
                            (Attorney's Name)

case for:   Laboratory Corp. of America Holdings
               (Name of party or parties)

_7/18/08_
Date

D.C. Bar No. 486282
BAR IDENTIFICATION

_Lisa L. Barclay_ (signature)
Signature

Lisa L. Barclay
Print Name

Zuckerman Spader LLP
Address

1800 M Street, N.W., Washington, DC 20036
City          State          Zip Code

202.778.1814
Phone Number

## CERTIFICATE OF SERVICE

I certify that on July 18, 2008, the following Notice of Appearance was served upon Plaintiff, a non-CM/ECF participant, via first class mail, postage pre-paid as follows:  The Clemmons' Estate, c/o Samuel Clemmons, Attn: C. Owens, 2137 Soft Pine Ln., Acworth, GA 30132.

/s/ Lisa L. Barclay
Lisa L. Barclay (D.C. Bar No. 486282
Zuckerman Spaeder LLP
1800 M Street, NW
Washington, DC  20036
(202) 778-1814 (telephone)
(202) 822-8106) (facsimile)

1887531.1