IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CLEMMONS' ESTATE<br>c/o SAMUEL CLEMMONS,<br><br>Plaintiff | )<br>)  Civil Action No. 1:06-cv-01536<br>)<br>)<br>) |
| LABORATORY CORP. OF<br>AMERICA HOLDINGS,<br><br>Defendant | )<br>)  Judge Royce C. Lamberth<br>)<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL

Please withdraw the appearance of the undersigned, Holly A. Pal, Esquire, as attorney of record on behalf of Defendant Laboratory Corporation of America Holdings in the above-captioned matter. In support of such notice, undersigned counsel states the following: After July 18, 2008, Ms. Pal will no longer be associated with the law firm of Zuckerman Spaeder LLP. Zuckerman Spaeder LLP continues to be counsel of record in this matter.

Dated: July 18, 2008

Respectfully submitted,

*(signature: Holly A. Pal)*
Holly A. Pal
D.C. Bar # 490737
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Washington, DC 20036
(202) 778-1800

*Counsel for Defendant Laboratory Corporation of America Holdings*

## CERTIFICATE OF SERVICE

 I certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

*/s/ Holly A. Pal*
Holly A. Pal